# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

DENISSE I. SILVA-GONZÁLEZ,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

CIVIL NO. 23-1261 (GLS)

## ORDER

Plaintiff Denisse I. Silva-González filed a Complaint seeking review of a final decision of the Commissioner of Social Security ("Commissioner") which denied her application for disability insurance benefits. Docket No. 3.

On July 20, 2023, the Commissioner filed the transcript of the administrative record. Docket No. 11. Plaintiff filed her Memorandum of Law on August 15, 2023. Docket No. 12. On September 13, 2023, the Commissioner filed a request for extension of time until October 16, 2023, to submit its opposition to Plaintiff's Memorandum of Law (Docket No. 17). The request was granted. Docket No. 18.

On October 12, 2023, the Commissioner requested that the Court remand the case to the Social Security Administration for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Docket No. 19. The Commissioner's motion is **GRANTED**. Judgment shall be entered remanding the case to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 16th day of October 2023.

s/Giselle López-Soler
GISELLE LÓPEZ-SOLER
United States Magistrate Judge

1